UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERRANCE E. MITCHELL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-4963** |
| **JEFFERSON PARISH CORRECTIONAL CENTER, ET AL.** | **SECTION "I"(3)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims against the Jefferson Parish Correctional Center and the Jefferson Parish Sheriff's Office are **DISMISSED WITH PREJUDICE** as frivolous and/or failure to state a claim upon which relief may be granted.

New Orleans, Louisiana, this 12th day of November, 2013.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE